1  Stephen B. Coleman (State Bar #021715)
**PIERCE COLEMAN PLLC**
2  7730 East Greenway Road, Suite 105
Scottsdale, AZ 85260
3  Tel. (602) 772-5506
Fax (877) 772-1025
4  Steve@PierceColeman.com
*Attorneys for Defendant*
5

6              UNITED STATES DISTRICT COURT

7                   DISTRICT OF ARIZONA

8

9  Joseph Brown, a single man,

                                        Case No: _____
10              Plaintiff,

11  v.

12  City of Benson, Arizona, a municipal          **NOTICE OF REMOVAL**
    corporation,
13

14              Defendant.

15

16         Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446 and LRCiv 3.6 of the Local

17  Rules of Civil Procedure of the United States District Court for the District of Arizona, the

18  City of Benson, Arizona ("Defendant") files this Notice of Removal for the following

19  reasons:

20         1.      A civil action has been commenced against Defendant and is now pending

21  in the Superior Court of Arizona, Cochise County, Case No. S0200CV202300427 with the

22  above caption.

23         2.      Pursuant to LRCiv 3.6(b), the following documents are attached as Exhibit A:
       • Certificate of Compulsory Arbitration (filed July 14, 2023);
24     • Complaint (filed July 14, 2023);
       • Demand for Jury Trial (filed July 14, 2023);
25     • Summons, as to City of Benson (issued July 14, 2023);
26

27         3.      Pursuant to LRCiv. 3.6(b), the undersigned counsel verifies that, to the best

28  of his knowledge and belief, the documents attached as Exhibit A to this Notice of

                                        1

Removal are true and complete copies of all pleadings and other documents filed in the state court proceeding.

4.     The Complaint and Summons were served on Defendant on July 20, 2023. This Notice of Removal is being filed within thirty (30) days of service and, therefore, is timely under 28 U.S.C. § 1446(b).

5.     This is an action over which this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and which is removable to this Court pursuant to 28 U.S.C. § 1441(a) because the action involves a federal question.  Plaintiff's Complaint asserts federal causes of action under Title VII of the Civil Rights Act of 1964.  This Court has supplemental jurisdiction over the state law causes of action pursuant to 28 U.S.C. § 1367(a).

6.     Pursuant to 28 U.S.C. § 1446(d) and LRCiv 3.6(a), Defendant is contemporaneously filing a Notice of Filing of Removal with the Clerk of the Superior Court, Cochise County, a copy of which is attached as Exhibit B.  Defendant has also on this date given written notice of this filing to Plaintiff pursuant to 28 U.S.C. § 1446(d).

7.     The undersigned counsel certifies that Defendant has consented to the removal of this action to federal court.

For the foregoing reasons, Defendant hereby removes this action from the Cochise County Superior Court to the United States District Court for the District of Arizona.

RESPECTFULLY SUBMITTED this 9th day of August, 2023.

**PIERCE COLEMAN PLLC**

By /s/ Stephen B. Coleman
    Stephen B. Coleman
    7730 E. Greenway Road, Suite 105
    Scottsdale, Arizona 85260
    *Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and caused a copy to be mailed and emailed to the following:

Joseph Brown
351 East Pear Street, #5102
Benson, Arizona 85602
Email: powerbroker10@gmail.com
Plaintiff Pro Per


By:  /s/ Mary Walker

3