# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Brown,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Benson, et al.,<br><br>　　　　Defendant. | No. CV-23-00372-TUC-JCH (JR)<br><br>**ORDER** |

　　　　The parties stipulate to dismiss under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. 10. There is nothing for this Court to do other than to ensure the Clerk of the Court terminates the action. *See American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir. 1999).

　　　　Accordingly,

　　　　**IT IS ORDERED DIRECTING** the Clerk of the Court to close this case. This action is dismissing without prejudice, each party to bear its own attorneys' fees and costs.

　　　　Dated this 28th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　John C. Hinderaker
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge